FILED
November 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003906443

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-64838-B-7F |
| STEPHEN MOSHER and SHARON MOSHER, | DC No. RHT-2 |
| | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtors. / | Date: December 21, 2011<br>Time: 10:00 a.m.<br>Dept: B |

Robert Hawkins, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S. C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S. C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on December 26, 2010. Robert Hawkins was appointed Chapter 7 Trustee on or about December 26, 2010.

3. Among the assets of the estate are miscellaneous office equipment and inventory from the joint debtor's former bridal shop.

4. The Trustee wishes to sell the subject asset so that the proceeds can benefit the estate. The Trustee has elected to sell the subject asset by means of a public auction to be held on January 3, 2012 at 5:30 p.m. at 1328 North Sierra Vista, Suite B, Fresno, California. Items not sold on January 3, 2012 may be sold at subsequent auctions at dates and times to be announced by Baird Auctions & Appraisals.

5. The Trustee believes that the sale is in the best interests of the estate.

6. The Trustee is informed and believes that the assets to be sold are not subject to any liens.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE**, Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above to be held on January 12, 2012 at 5:30 p.m. at 1328 North Sierra Vista, Suite B, Fresno, California; and

2. For such other and further relief as the Court deems just and proper.

**DATED:** NOVEMBER 16, 2011

          /S/Robert Hawkins
          ROBERT HAWKINS,
          Chapter 7 Trustee